# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0948.  ANTIONETTE EVANS v. IH4 PROPERTY GEORGIA L. P.**

This case began as a dispossessory action in magistrate court.  After the magistrate court entered judgment in favor of IH4 Property Georgia, L. P., Antionette Evans filed an application for discretionary appeal to this Court.  Because a litigant has no right to appeal a magistrate ruling to this Court, we transferred the matter to Gwinnett County State Court. See 1983 Ga. Const., Art. 6, Sec. 1, Para. 8.  The State Court entered an order granting a writ of possession, and Evans filed this direct appeal.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Evans was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Evans's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   02/12/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*